## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Justine Knoll, Sheila Louise Knoll and Gerald Knoll | : Civil Action No. 12-00282 |
| | : |
| v. | : |
| | : |
| Officer Michael Romanowicz, Sgt. Benjamin Townsend | : **Jury Trial Demanded** |
| Chief David Duffy, Upper Gwynedd Township and | : |
| Officer Raymond Alexander | : |

### STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FED.R.CIV.P. 41(a)

Pursuant to Rule 41(a), it is hereby **STIPULATED** and **AGREED** that all of Plaintiffs'

claims against Defendants, Upper Gwynedd Township, Chief David Duffy and Officer Raymond

Alexander are **DISMISSED**, with prejudice.


PATRICIA V. PIERCE, ESQUIRE
Attorney for Plaintiffs


CHRISTOPHER BOYLE, SR., ESQUIRE
Attorney for Defendants,
Officer Raymond Alexander, Chief Paul T.
Dickinson, Towamencin Township Board of
Supervisors and Towamencin Township


ROBERT G. HANNA, JR., ESQUIRE
Attorney for Defendant,
Officer Michael Romanowicz


WENDI D. BARISH, ESQUIRE
Attorney for Defendants,
Sergeant Benjamin Townsend, Chief David
Duffy, and Upper Gwynedd Township


SO ORDERED:

/s/ Legrome D. Davis
                                                    J.

5/30/12