IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Justine Knoll, Sheila Louise Knoll and Gerald Knoll | : Civil Action No. 12-00282 |
| v. | |
| Officer Michael Romanowicz, Sgt. Benjamin Townsend Chief David Duffy, Upper Gwynedd Township and Officer Raymond Alexander | : Jury Trial Demanded |

### STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FED.R.CIV.P. 41(a)

Pursuant to Rule 41(a), it is hereby STIPULATED and AGREED that all of Plaintiffs' Shelia Louise Knoll and Gerald Knoll, claims are DISMISSED, with prejudice.

PATRICIA V. PIERCE, ESQUIRE
Attorney for Plaintiffs

ROBERT G. HANNA, JR., ESQUIRE
Attorney for Defendant,
Officer Michael Romanowicz

CHRISTOPHER BOYLE, SR., ESQUIRE
Attorney for Defendants,
Officer Raymond Alexander, Chief Paul T. Dickinson, Towamencin Township Board of Supervisors and Towamencin Township

WENDI D. BARISH, ESQUIRE
Attorney for Defendants,
Sergeant Benjamin Townsend, Chief David Duffy, and Upper Gwynedd Township

SO ORDERED:

/s/ Legrome D. Davis

J.